UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. HARRISON, | No. C 10-2729 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JACQUEZ, warden, | |
| Respondent. | |

This action is dismissed for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED AND ADJUDGED.

DATED: December 6, 2010

SUSAN ILLSTON
United States District Judge